**Expanded Surveillance of IP Address 68.43.28.31**

**ISP:** Comcast Cable
**Location:** Plymouth, MI

| Hit Date UTC | Filename |
|---|---|
| 04/02/2013 | prnfle1352x |
| 02/19/2013 | VA-Absolute.dance.winter.2013.2012-2CD |
| 02/04/2013 | JTBP-Lela Star from My Dads Hot Girlfriend 8 |
| 02/03/2013 | Twistys.com.13.01.19.Cassie.Laine.Between.You.And.I.XXX.IMAGESET-FuGLi[rarbg] |
| 02/03/2013 | ATK Galleria Premium Petites - Cassie Laine cas051 - 7 - 1097 pics in 9 sets |
| 01/23/2013 | Veronica Zemanova |
| 01/23/2013 | FTV - 2013-01-19 - Eva Lovia |
| 01/22/2013 | Twistys.12.12.06.Aspen.Rae.Gettin.Wet.XXX.720p.x264-SEXORS[rbg] |
| 01/22/2013 | Twistys.12.10.26.Aspen.Rae.Lolli.Poppin.XXX.720p.MP4-IEVA[rbg] |
| 01/18/2013 | Twistys.13.01.15.Amber.Addison.This.Will.Warm.You.Up.XXX.720p.MP4-KTR[rarbg] |
| 01/18/2013 | Above and Beyond - Group Therapy Radio 009 (04-01-2013) (Inspiron) |
| 01/18/2013 | December 27th, 2012 |
| 01/17/2013 | Mike Posner - Cooler Than Me.mp3 |
| 01/17/2013 | KarupsPC.13.01.15.Alissa.Brown.Solo.2.XXX.720p.MP4-KTR[rarbg] |
| 01/17/2013 | YoungLegalPorn - Irresistible Charm - Guerlain [1080p].mp4 |
| 01/17/2013 | EvasGarden.13.01.04.Gabi.de.Castello.Enjoy.Me.XXX.720p.XViD-GAGViD[rarbg] |
| 01/15/2013 | A State Of Trance Yearmix 2012 (Mixed By Armin van Buuren) (Inspiron) |
| 01/12/2013 | InTheCrack.E752.Satin.Bloom.XXX.1080p.WMV-SEXORS[rbg] |
| 01/12/2013 | ALSScan.12.12.09.Ashley.Bulgari.Photoshoot.XXX.1080p.WMV-KTR[rbg] |
| 01/12/2013 | Twistys.13.01.05.Aria.Salazar.Come.On.Home.XXX.720p.MP4-KTR[rbg] |
| 01/11/2013 | TS - 2013-01-09 - Anissa Kate - All Natural Sexbomb |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 01/10/2013 | Stunners.12.10.20.Madison.Parker.Say.Hello.To.My.Little.Friend.XXX.720p.WMV-KTR[rbg] |
| 01/09/2013 | TranceEssentials_2012_Vol2_WEB |
| 01/09/2013 | Twistys.12.12.08.Adrianna.Luna.Rackin.Up.Points.XXX.720p.x264-SEXORS[rbg] |
| 01/09/2013 | Twistys.12.12.25.Malena.Morgan.A.Christmas.Special.XXX.720p.MP4-IEVA[rbg] |
| 01/09/2013 | Twistys.12.12.23.Natasha.Malkova.Sweet.Desire.XXX.720p.MP4-IEVA[rbg] |
| 01/09/2013 | Twistys.com_12.12.28.Sunshine.Midnight.At.My.Place.XXX.IMAGESET-FuGLi[rbg] |
| 01/09/2013 | Age of Wonders II The Wizard's Throne - Crack RAZOR_1911-..rar |
| 01/09/2013 | VA - Top Club Music Hits - Best of 2012[2012] [MP3@243-320kbps] [PapaSmerf] |
| 01/09/2013 | TwistysLive.12.03.02.Emily.Addison.Jessie.Rogers.And.Tori.Black.XXX.720p.MP4-KTR[rbg] |
| 01/09/2013 | Twistys.com_12.12.16.Connie.Bathing.Busty.Beauty.XXX.IMAGESET-FuGLi[rbg] |
| 01/09/2013 | OnlySilkAndSatin.11.05.27.Chelsea.French.XXX.720p.WMV-IEVA[rbg] |
| 01/08/2013 | InTheCrack.E750.Alexa.Rydell.XXX.1080p.WMV-SEXORS[rbg] |
| 01/08/2013 | InTheCrack.E748.Riley.Reid.XXX.1080p.WMV-SEXORS[rbg] |
| 01/08/2013 | Brett.Rossi.Naughty.For.Santa.Twistys.2012_iyutero.com.mp4 |
| 01/08/2013 | InTheCrack.E747.Linet.XXX.1080p.WMV-SEXORS[rbg] |
| 01/08/2013 | 1By-Day.12.12.26.Ashley.Bulgari.Coaxing.Us.To.Stroke.XXX.1080p.MP4-KTR[rbg] |
| 01/07/2013 | InTheCrack.E749.Sasha.Hall.XXX.1080p.WMV-SEXORS[rbg] |
| 01/07/2013 | InTheCrack.E745.Jenny.F.XXX.1080p.WMV-SEXORS[rbg] |
| 01/05/2013 | ALSScan.12.12.31.Gina.Gerson.Masturbation.XXX.1080p.WMV-KTR[rbg] |
| 01/01/2013 | Babes.12.11.27.Jamie.Lynn.Exotica.XXX.1080p.x264-SEXORS[rbg] |
| 12/31/2012 | Celebrity Pack[rbg] |
| 12/31/2012 | Met-Art.com_12.07.05.Macy.B.Presenting.Macy.XXX.iMAGESET-YAPG[rbg] |
| 12/31/2012 | moonlit_journey.pdf |
| 12/31/2012 | 18OnlyGirls.12.12.31.Guerlain.Sunset.Delight.XXX.1080p.MP4-KTR[rbg] |
| 12/31/2012 | Met-Art.com_12.11.24.Macy.B.Rythmos.XXX.iMAGESET-YAPG[rbg] |

EXHIBIT C

NEMI105

| Hit Date UTC | Filename |
|---|---|
| 12/30/2012 | sahara knite |
| 12/30/2012 | The.Avengers.2.DVDRIP[Jaybob].avi |
| 12/30/2012 | Vacca - Sporco [2010] |
| 12/29/2012 | Real.Female.Orgasms.9.XXX.DVDRip.XviD-NYMPHO |
| 12/29/2012 | eva-notty-8326v1.mp4 |
| 12/29/2012 | VanillaDeVille.E41.Self.Shot.Squirts.XXX.720p.WMV-oRo[rbg] |
| 12/29/2012 | chigi-pitm-2.mp4 |
| 12/29/2012 | The Help 2011 Spanish.[DVDRip].[XViD] MAX |
| 12/29/2012 | So You Wanna Be A Porn Star #1 |
| 12/29/2012 | Errotica-Archives.com_12.12.29.Francesca.Vistillas.XXX.IMAGESET-FuGLi[rbg] |
| 12/29/2012 | Met-Art.com_12.12.29.Macy.B.Kormi.XXX.iMAGESET-P4L[rbg] |
| 12/28/2012 | Zoliboy.12.12.14.Ashley.The.Prostate.Masseuse.XXX.1080p.MP4-KTR[rbg] |
| 12/28/2012 | InTheCrack.E735.Rosemary.Radeva.XXX.1080p.WMV-SEXORS[rbg] |
| 12/27/2012 | Oldje.com.E373.Doris.Ivy.Ass.Injected_720.wmv |
| 12/27/2012 | play_time_big.mp4 |
| 12/27/2012 | ATKGalleria.12.12.24.Alannah.Monroe.Masturbation.XXX.1080p.MP4-KTR[rbg] |
| 12/27/2012 | ClubSandy.12.12.27.Bailey.Ryder.And.Jenny.F.Something.To.Make.You.Warm.XXX.1080p.MP4-KTR[rbg] |
| 12/27/2012 | ATKExotics.12.12.23.Cindy.Starfall.Masturbation.XXX.1080p.MP4-KTR[rbg] |
| 12/27/2012 | GirlsLeftAlone.12.12.27.Suzie.Carina.Blonde.Hottie.In.Pink.XXX.HR.WMV-VSEX[rbg] |
| 12/26/2012 | Met-Art.com_12.12.26.Leona.E.Pradera.XXX.IMAGESET-FuGLi[rbg] |
| 12/24/2012 | Suze.12.12.05.Franziska.Facella.Virtual.Sex.XXX.1080p.WMV-SEXORS[rbg] |
| 12/24/2012 | woodmancastingx-GINA GERSON .flv |
| 12/23/2012 | Bad.Principal.XXX.DVDRiP.XviD-DivXfacTory |
| 12/23/2012 | Suze.12.11.28.Franziska.Facella.Virtual.Sex.XXX.1080p.WMV-SEXORS[rbg] |

EXHIBIT C

NEMI105

| Hit Date UTC | Filename |
|---|---|
| 12/22/2012 | Virtual Sex with Briana Banks |
| 12/22/2012 | Sex Slave Mayumi.avi |
| 12/22/2012 | Chick Flick 10.avi |
| 12/22/2012 | Combat Arms Free Cheat 2012 FULL RTAS-AMPLiFY.rar |
| 12/22/2012 | The Expendables 2 (2012) [DVD5][Spanish-Inglish] |
| 12/22/2012 | ▪ ▪ ▪ ▪ ▪ ▪.E66.121122.HDTV.XviD-Baros.avi |
| 12/22/2012 | The Princess Has Come Of Age [3D HENTAI] |
| 12/21/2012 | InTheCrack.E740.Bailey.Ryder.XXX.1080p.WMV-SEXORS[rbg] |
| 12/21/2012 | Братство танца. Возвращение домой (2010) DVD5 vadi |
| 12/21/2012 | SexArt.12.12.20.Lola.And.Frida.Be.My.Slave.XXX.1080p.x264-SEXORS[rbg] |
| 12/21/2012 | lorenagitdv1619-2_999.wmv |
| 12/21/2012 | Real Racing 3 for [iPhone][iPod] v1.0 |
| 12/21/2012 | InTheCrack.E716.Riley.Reid.XXX.1080p.WMV-FPS[rbg] |
| 12/20/2012 | angelic-teen-chkm8te.mp4 |
| 12/20/2012 | LEVERAGE |
| 12/20/2012 | Treme.S02E08.HDTV.Subtitulado.Esp.SC.avi |
| 12/19/2012 | PeterNorth.12.10.14.North.Pole.98.Scene.03.XXX.1080p.MP4-FiTTA[rbg] |
| 12/19/2012 | FemJoy.12.10.13.Lorena.G.Machine.XXX.720p.WMV-GAGViD[rbg] |
| 12/19/2012 | The Glades Season 3 Episode 9 |
| 12/19/2012 | InTheCrack.E736.Natalia.Starr.XXX.1080p.WMV-SEXORS[rbg] |
| 12/19/2012 | InTheCrack.E743.Presley.Hart.XXX.1080p.WMV-SEXORS[rbg] |
| 12/19/2012 | WowGirls - Make Me Wet - Guerlain, Madonna [1080p].mp4 |
| 12/19/2012 | FTVGirls.12.12.15.Jodi.All.Natural.Orgasms.XXX.1080p.WMV-IEVA[rbg] |
| 12/19/2012 | InTheCrack.E706.Cindy.Starfall.XXX.1080p.WMV-SEXORS[rbg] |
| 12/19/2012 | InTheCrack.E732.Cindy.Starfall.XXX.1080p.WMV-SEXORS[rbg] |

EXHIBIT C

NEMI105

| Hit Date UTC | Filename |
|---|---|
| 12/19/2012 | InTheCrack.E731.Aaliyah.Love.XXX.1080p.WMV-SEXORS[rbg] |
| 12/19/2012 | InTheCrack.E739.Frida.XXX.1080p.WMV-SEXORS[rbg] |
| 12/18/2012 | 09.01.23.Natalia Rossi_18YearsOld_ImgZilla.wmv |
| 12/18/2012 | Natalia.Rossi.Huge.facial.for.this.new.girl.BangBrosRemastered.08.14.12_iyutero.com.mp4 |
| 12/18/2012 | YoungLegalPorn - I Do It Everywhere - Monroe [1080p].mp4 |
| 12/18/2012 | WowGirls - A Date With Herself - Monroe [1080p].mp4 |
| 12/18/2012 | InTheCrack.E727.Lyla.Storm.XXX.1080p.WMV-SEXORS[rbg] |
| 12/18/2012 | FemJoy.12.10.29.Lorena.G.Perfect.Atmosphere.XXX.720p.WMV-GAGViD[rbg] |
| 12/18/2012 | ALSScan.12.11.19.Gina.Gerson.Masturbation.XXX.1080p.WMV-KTR[rbg] |
| 12/18/2012 | ALSScan.12.09.20.Gina.Gerson.Masturbation.And.Bts.XXX.1080p.WMV-KTR[rbg] |
| 12/18/2012 | InTheCrack.E733.Iwia.XXX.1080p.WMV-SEXORS[rbg] |
| 12/18/2012 | KarupsPC.12.12.18.Monica.Solo.2.XXX.720p.x264-SEXORS[rbg] |
| 12/18/2012 | [Met-Art] Jessie A - Melaxi [10.02.10 marcco].rar |
| 12/18/2012 | jennylairdac072910-4360 |
| 12/18/2012 | Gina.Gerson.Masturbation.ALSScan.10.04.12.FullHD_iyutero.com.wmv |
| 12/18/2012 | YoungLegalPorn.12.08.21.Lindsay.Marie.A.Models.Life.XXX.720p.MP4-KTR[rbg] |
| 12/18/2012 | InTheCrack.E726.Jayden.Lee.XXX.1080p.WMV-SEXORS[rbg] |
| 12/18/2012 | Natalia_3hd23_.mp4 |
| 12/18/2012 | ALSScan.12.12.15.Gina.Gerson.Photoshoot.XXX.1080p.WMV-OHRLY[rbg] |
| 12/18/2012 | Twistys.12.10.17.Veronica.Rodriguez.Getting.A.Little.Help.XXX.720p.MP4-IEVA[rbg] |
| 12/18/2012 | Twistys.com_12.12.12.Lorena.G.Lets.Get.Creative.XXX.IMAGESET-FuGLi[rbg] |
| 12/18/2012 | InTheCrack_12.06.25.Riley.Reid.Set.686 |
| 12/18/2012 | Twistys.com_12.11.30.Marica.Hase.Shell.Leave.You.Dazed.XXX.IMAGESET-FuGLi[rbg] |
| 12/17/2012 | YoungLegalPorn.12.08.21.Lindsay.Marie.A.Models.Life.XXX.720p.MP4 |
| 12/17/2012 | Suze.Net.Cd16.rar |

EXHIBIT C

NEMI105

| Hit Date UTC | Filename |
|---|---|
| 12/16/2012 | Juicy.Pearl.Real.Naughty.Couples.3.Scene.2.Doghousedigital.2012.FullHD_.mp4 |
| 12/16/2012 | Alexis.Adams.Phone.Sex.Babes.2012.HD_iyutero.com.mp4 |
| 12/16/2012 | Microsoft Windows 7 Ultimate SP1 x86 x64  WPI - DVD (Russian) |
| 12/16/2012 | Mr.Poppers.Penguins[2011]BDRip.720p[Eng.Rus]-Junoon |
| 12/16/2012 | WowGirls - Smooth Pussy - Monroe [720p].mp4 |
| 12/16/2012 | The Glenn Beck Insider Podcast 20-Aug-12 Mon |
| 12/16/2012 | Ninja.Turtles.XviD-ECSTASY |
| 12/15/2012 | WowGirls - Sleazy Dreams - Monroe [1080p].wmv |
| 12/15/2012 | WowGirls - Fucking A Red Umbrella - Monroe [1080p].wmv |
| 12/15/2012 | Audio Damage Dr. Device 1.0 VST.rar |
| 12/14/2012 | A Christmas Carol {2009} DVDRIP. Jaybob |
| 12/13/2012 | The Inbetweeners Movie [DVDrip] |
| 12/13/2012 | Lindsay Marie Exclusive.wmv |
| 12/12/2012 | Twistys.com_12.12.07.Michele.Monroe.A.Sultry.Afternoon.XXX.IMAGESET-FuGLi[rbg] |
| 12/12/2012 | TwistysHard - Aletta Ocean.wmv |
| 12/12/2012 | Trouble.with.the.Curve.DVDRIP[Jaybob] |
| 12/12/2012 | WoodmanCastingX - Casting And Hardcore - Gina Gerson.mp4 |
| 12/12/2012 | Twistys.com_12.12.10.Neilla.Feline.Lets.Get.Down.To.Business.XXX.IMAGESET-FuGLi[rbg] |
| 12/12/2012 | Twistys.12.11.23.Ash.Hollywood.And.Sovereign.Syre.Welcome.To.Hollywood.XXX.720p.x264-SEXORS[rbg] |
| 12/12/2012 | YoungLegalPorn - Hot Wet Clit - Lindsay, Marie [720p].wmv |
| 12/12/2012 | Suze.12.02.27.Tasha.Reign.Hardcore.XXX.1080p.WMV-KTR |
| 12/12/2012 | Mia Malkova - Tweaking Her Pussy.mp4 |
| 12/12/2012 | Twistys.com_12.11.30.Jayden.Cole.And.Marie.McCray.Sweet.Curves.Ahead.XXX.IMAGESET-FuGLi[rbg] |
| 12/12/2012 | Twistys.com_12.12.07.Emily.Addison.And.Kobe.Lee.Special.Order.Goods.XXX.IMAGESET-FuGLi[rbg] |

EXHIBIT C

NEMI105

| Hit Date UTC | Filename |
|---|---|
| 12/12/2012 | Twistys.12.11.27.Brett.Rossi.Pinup.Goddess.XXX.720p.x264-SEXORS[rbg] |
| 12/11/2012 | Stone Roses - The Very Best Of The Stone Roses |
| 12/10/2012 | adorable-slut.MP4 |
| 12/10/2012 | WowGirls Guerlain Filthy Runner 1080p.mp4 |
| 12/10/2012 | ExclusiveTeenPorn - JoyRide - Molly aka Gina Gerson [720p].wmv |
| 12/10/2012 | Cosmopolis (2012) DVDRip XViD- ViSiON |
| 12/10/2012 | YoungLegalPorn - Strip Fitness Master Class - Candice Luca [1080p].mp4 |
| 12/10/2012 | YoungLegalPorn - Blameless Angel - Gloria [1080p].mp4 |
| 12/09/2012 | Branded (2012) CAMRip XviD AC3-AsA |
| 12/09/2012 | Doctor-HGY-Adventures.12 |
| 12/09/2012 | [HYSUB]Area no Kishi[23][GB_MP4][1280X720].mp4 |
| 12/09/2012 | bitreactor.to_Desperate.Housewives.S07E22.rar |
| 12/09/2012 | into.the.white.2012.720p.bluray.by Odessit.mkv |
| 12/07/2012 | Alcatraz S01e09-10 |
| 12/07/2012 | InTheCrack.E737.Vicki.Chase.XXX.1080p.WMV-SEXORS[rbg] |
| 12/07/2012 | Legendas GOT S02 |
| 12/07/2012 | The Debt 2011 Telesync V2 DD2 Xvid- Prism |
| 12/07/2012 | www.torrent.to...X-Men.Origins.Wolverine.German.DVDRip.XviD-EMPiR |
| 12/05/2012 | WowGirls - Riding My Favourite One - Adria [720p].mp4 |
| 12/05/2012 | Anjelica - Must-Own Girl.mp4 |
| 12/05/2012 | InTheCrack.E738.Erica.Fontes.XXX.1080p.WMV-SEXORS[rbg] |
| 12/05/2012 | WowGirls  Introduce Your Pussy To Me  Gloria, Stephanie |
| 12/03/2012 | Jana Cova (Twistys.com) 14 sets, 1351 Images (Part 6) |
| 11/29/2012 | Rookie.Blue.S03E08.480p.WEB-DL.x264-mSD |
| 11/29/2012 | Tas-heeh+ul+Aqaid.pdf |

EXHIBIT C

NEMI105

| Hit Date  UTC | Filename |
|---|---|
| 11/29/2012 | Red Hook Summer French.BDRip (480p) - Feel-Free |
| 11/29/2012 | Woodman Casting X - Gina Gerson |
| 11/29/2012 | WoodmanCastingX.12.11.15.Gina.Gerson.Casting.And.Hardcore.XXX.1080p.MOV-KTR[rbg] |
| 11/29/2012 | alss-gina-121004.wmv |
| 11/29/2012 | ALS Scans - Andie Valentino |
| 11/29/2012 | xart_mikah_katka_mybestfriendsbf.m4v |
| 11/29/2012 | FTVGirls.12.09.29.Chloe.And.Cassie.Going.Down.On.Chloe.XXX.1080p.WMV-SEXORS[rbg] |
| 11/29/2012 | [DHR][Rinne no Lagrange season2][07][BIG5][720P][AVC_aac].mp4 |
| 11/29/2012 | Slutty.School.Girls.3.XXX.DVDRip.XviD-Jiggly |
| 11/29/2012 | Chuck Season 5 Episode 12 |
| 11/28/2012 | Akram Audio Editor 2.2 |
| 11/28/2012 | Jana Cova (Twistys.com) 15 sets, 1331 Images (Part 3) |
| 11/28/2012 | Jana Cova (Twistys.com) 15 sets, 1368 Images (Part 1) |
| 11/28/2012 | Jana Cova (Twistys.com) 15 sets, 1090 Images (Part 4) |
| 11/28/2012 | Tori-TorridLove.m4v |
| 11/28/2012 | Jana Cova (Twistys.com) 15 sets, 1367 Images (Part 2) |
| 11/26/2012 | Jana Cova - Simply Hot.mp4 |
| 11/26/2012 | YoungLegalPorn.12.10.01.Jana.Cova.American.Guest.I.Cant.Hide.My.Passion.XXX.1080p.x264 |
| 11/26/2012 | Piranha 3DD .2012.DVDRip.XviD-ViP3R |
| 11/26/2012 | Danne Stråhed - Solosång |
| 11/25/2012 | PornoMation.3.Dream.Spells.avi |
| 11/25/2012 | HiRes WMV - Capri - FTV Girls |
| 11/22/2012 | www.torrent.to...In.Plain.Sight.S02E11.Ein.suesses.Fruechtchen.German.Dubbed.WS.DVDRip.XviD-iNSPiRED |
| 11/21/2012 | HotLegsAndFeet.12.10.18.Ashley.Bulgari.XXX.1080p.MP4-KTR[rbg] |

EXHIBIT C

NEMI105

| Hit Date  UTC | Filename |
|---|---|
| 11/21/2012 | The Vow 2012 BRRip XviD AC3-DEO |
| 11/21/2012 | pornomation_www.torrents.ru.avi |
| 11/20/2012 | InTheCrack.E734.Tracy.Delicious.XXX.1080p.WMV-SEXORS[rbg] |
| 11/20/2012 | flashplayer_12_plugin + AX - 32-64_bit Windows 7 and 8 |
| 11/20/2012 | YoungLegalPorn - A Shy Porn Starlet - Katrina [720p].mp4 |
| 11/20/2012 | ftvgirls.com.2011-09.Malena.XXX.[GoldenPirates] |
| 11/19/2012 | InTheCrack.E730.Kari.XXX.1080p.WMV-SEXORS[rbg] |
| 11/19/2012 | InTheCrack.E722.Sophia.Sutra.XXX.1080p.WMV-SEXORS[rbg] |
| 11/19/2012 | licence.txt |
| 11/19/2012 | InTheCrack.E724.Tess.Lyndon.XXX.1080p.WMV-SEXORS[rbg] |
| 11/19/2012 | Twistys.12.11.05.Sunny.Leone.My.Pink.Heaven.XXX.720p.x264-SEXORS[rbg] |
| 11/19/2012 | Hitman.Blood.Money.EMUDVD-Unleashed |
| 11/17/2012 | WowGirls - Blondie Belly Dancer - Monroe [1080p].mp4 |
| 11/17/2012 | 5323 - Cooking Mama World Hobbies and Fun (EUR) (512Mbit) (NukeThis) |
| 11/17/2012 | foosball progress 6 zagrania techniczne |
| 11/16/2012 | FTVGirls.12.11.03.Jayde.Another.Perfect.Day.XXX.1080p.WMV-IEVA[rbg] |
| 11/16/2012 | ©Penthouse - Lindsay Marie - Aspiring To Melpomene |
| 11/16/2012 | ©Penthouse - Lindsay Marie - Heat Seeker |
| 11/16/2012 | FTV Girls - Amy (Milky Wet Orgasm).wmv |
| 11/16/2012 | Younglegalporn - A Models Life - Lindsay Marie [720p].mp4 |
| 11/15/2012 | Digital Desire |
| 11/13/2012 | Cosmopolis 2012 CAM XVID-26K |
| 11/08/2012 | FTVGirls.12.10.20.Emily.Full.FTV.Experience.XXX.1080p.WMV-IEVA[rbg] |
| 11/06/2012 | FTV Danielle Hardcore |
| 11/06/2012 | Twistys.12.10.29.Emily.Addison.Naughty.Little.Devil.XXX.720p.MP4-IEVA[rbg] |

EXHIBIT C

NEMI105

| Hit Date UTC | Filename |
|---|---|
| 11/05/2012 | Chinta Ta - Freeplay Version- FT Kareena - Rowdy Rathore (2012)- 720p- x264- AC3- DrC - [HP].mkv |
| 11/05/2012 | candicelucajb050812-terrace |
| 11/04/2012 | Dark Shadows 2012_720p_HD [JOHN] |
| 11/04/2012 | InTheCrack.E690.Lyla.Storm.XXX.1080p.WMV-SEXORS |
| 11/03/2012 | InTheCrack.E684.Tiffany.Thompson.XXX.1080p.WMV-KTR |
| 11/02/2012 | PdFILL 64 Bit |
| 11/02/2012 | Ftv - Danielle.avi |
| 10/31/2012 | FTVGirls.12.10.13.Romi.Extreme.Dildos.XXX.1080p.WMV-IEVA[rbg] |
| 10/31/2012 | InTheCrack.E715.Cassie.Laine.XXX.1080p.WMV-FPS[rbg] |
| 10/31/2012 | InTheCrack.E711.Alexa.Rydell.XXX.1080p.WMV-SEXORS[rbg] |
| 10/19/2012 | InTheCrack.E707.Linet.XXX.1080p.WMV-SEXORS[rbg] |
| 10/19/2012 | InTheCrack.E710.Lola.XXX.1080p.WMV-SEXORS[rbg] |
| 10/18/2012 | DMITRYS Total.zip |
| 10/18/2012 | FTVGirls.12.08.04.Mali.Now.An.FTV.Girl.XXX.1080p.WMV-SEXORS[rbg] |
| 10/17/2012 | Twistys |
| 10/14/2012 | InTheCrack.E705.Bailey.Ryder.XXX.1080p.WMV-SEXORS[rbg] |
| 10/07/2012 | InTheCrack.E714.Vicky.Chase.Scene1.XXX.1080p.WMV-FPS[rbg] |
| 10/05/2012 | InTheCrack.E718.Mischa.Brooks.XXX.1080p.WMV-FPS[rbg] |
| 10/03/2012 | Your japanese kitchen (Missing dishes) |
| 10/02/2012 | Candice from Foxes.com - Ultimate Self Pleasure.wmv |
| 09/09/2012 | TYRANISED LESBIAN HOT GIRLS-SILVERDUST |
| 09/08/2012 | sexo-fh18-erica-120310.mp4 |
| 09/07/2012 | [Gura Nyuutou] Futa Mata [English].zip |
| 09/07/2012 | GirlsDoPorn - Gisele [720p].wmv |
| 09/07/2012 | Hentai United Siterip |

EXHIBIT C

NEMI105

| Hit Date UTC | Filename |
|---|---|
| 09/06/2012 | Babes.12.04.24.Erica.Fontes.Aqua.Pleasure.XXX.1080p.MP4-KTR[rbg] |
| 09/06/2012 | [DigitalDesire] 2012-07-28 Jasmine Foxx 11219 (x91) 2000x3000.rar |
| 09/06/2012 | ATKExotics.Layla.Rose.Masturbation.XXX.1080p.pornalized.mp4 |
| 09/06/2012 | Nina James and Tiffany Thompson get close - Digital Desire.wmv |
| 09/01/2012 | InTheCrack.E685.Lexa.XXX |
| 09/01/2012 | InTheCrack.E695.Mischa.Brooks.XXX.1080p.WMV-KTR[rbg] |
| 08/27/2012 | InTheCrack.E704.Gia.Steel.PROPER.XXX.1080p.WMV |
| 08/27/2012 | Fright Night 2011 720p BRRip XVID AC3 BHRG |
| 08/27/2012 | FuckedHard18.12.06.09.Nova.XXX.720p.WMV-SEXORS |
| 08/27/2012 | InTheCrack.E700.Anikka.Albrite.And.Riley.Reid.XXX.1080p.WMV |
| 08/26/2012 | Prometheus 2012 CamRip [HD] XviD English |
| 08/25/2012 | 50+ PORN PASSWORDS.rar |
| 08/25/2012 | Angel Face-Veronica Rodriguez.avi |

EXHIBIT C

NEMI105