# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,  )<br>  )<br>      Plaintiff,  )<br>  )<br>DOUG MOYER,  )<br>  )<br>      Defendant.  )<br>  ) | Case No. 2:13-cv-13515<br>Hon. Marianne O. Battani |

---

| | |
|---|---|
| PAUL J. NICOLLETTI  (P-44419)<br>Attorney for Plaintiff<br>36880 Woodward Ave, Suite 100<br>Bloomfield Hills, MI 48304<br>(248) 203-7801 | JOHN T. HERMANN  (P-52858)<br>Attorney for Defendant<br>2684 West Eleven Mile Road<br>Berkley, MI 48072<br>(248) 591-9291 |

---

## ATTORNEY APPEARANCE

     PLEASE TAKE NOTICE that I am the will be appearing counsel on behalf of Defendant DOUG MOYER, in connection with the above captioned civil case. Please provide me with copies of all pertinent pleadings, notices and/or materials.

  Dated:  November 7, 2013               s/ John T. Hermann
                                                 JOHN T. HERMANN (P52858)
                                                 Attorney for Defendant
                                                 2684 West Eleven Mile Road
                                                 Berkley, MI 48072
                                                 (248) 591-9291

**CERTIFICATE OF ELECTRONIC SERVICE**

  I herby certify that I electronically filed the foregoing paper with the Clerk of the Court with the ECF system which will send notification of each filing to the following:

    Paul J. Nicoletti, Esq.

Dated: November 7, 2013      s/ John T. Hermann
                 JOHN T. HERMANN (P-52858)
                 Attorney for Defendant
                 2684 West Eleven Mile
                 Berkley, MI 48072
                 (248) 591-9291