**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MALIBU MEDIA, LLC,**               Case No.   13-13515
                                     Honorable Marianne O. Battani
      **Plaintiff,**

v.

**DOUG MOYER,**

      **Defendant.**
_____/

# SCHEDULING ORDER

| EVENT | DEADLINE |
|---|---|
| Rule 26(a)(1) Disclosures | 1/29/14 |
| Witness Lists | 8/25/14 |
| Motions Directed to the Pleadings | 8/01/14 |
| Motions Amending Pleadings | 8/29/14 |
| Disclosure of Lay Witnesses | 7/31/14 |
| Experts Designated | 8/29/14 |
| Rebuttal Experts Designated | 9/30/14 |
| Discovery | 8/29/14 |
| Dispositive Motions filed by | 9/30/14 |
| Case Evaluation | to be determined |
| Settlement Conference with clients | to be set by Court |

   \* The above dates may differ from dates found in the 26(f) plan. All other dates agreed to in the 26(f) plan and not addressed in this order shall be followed by the parties.

   **IT IS SO ORDERED.**

**Date: 1/15/14**                    s/Marianne O. Battani
                                     **MARIANNE O. BATTANI**
                                     **UNITED STATES DISTRICT JUDGE**

s:\Battani\Notices-Forms\SchedOrders\4/07/06.wpd

## CERTIFICATE OF SERVICE

 Copies of this Order were served upon all counsel of record on this date by ordinary mail and/or electronic filing.

                s/Colette Motowski
                Colette Motowski, secretary to
                Judge Marianne O. Battani

DATED: 1/15/14